UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWINDER SINGH, | Case No.  1:25-cv-02081-DAD-JDP |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION |
| SERGIO ALBARRAN, *et al.*, | |
| Respondents. | (Doc. No. 11) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 13, 2026, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  To date, neither party has filed objections to the pending findings and recommendations and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations issued on April 13, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2.      The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

3.      The preliminary injunctive relief previously granted (Doc. No. 9) is made permanent; and

4.      The Clerk of Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:   **June 11, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2